FILED
CLERK
6/25/2014 4:32 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN LEE BENLOSS,

        Plaintiff,

  - against -

C.O. MR. SCHMUTT,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV-13-0664 (SJF)(ARL)

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 19, 2014, dismissing this case with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute, it is

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

Dated:  Central Islip, New York
        June 25, 2014

                        DOUGLAS C. PALMER
                        CLERK OF THE COURT

            By:    /s/ Catherine Vukovich
                    Deputy Clerk